IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DEBORAH N. PARSONS**                                                                                       **PLAINTIFF**

**V.**                                            **CASE NO. 2:25-CV-2069**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 24) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated February 4, 2026, regarding the Motion for Attorney's Fees (Doc. 20) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 20) is **GRANTED**, and the Plaintiff is awarded the sum of **$7,043.40**. This amount represents 27.95 attorney hours in 2025 and 2026 at an hourly rate of $252.00.

**IT IS SO ORDERED** on this 19th day of February, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE